Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Jeremy Richard Hubert Sr.** : | Case No. 18−10323−TPA |
| **Mandi Marie Hubert** : | Chapter: 13 |
| **fka Mandi Marie Latsko, fka Mandi Marie** : | |
| **Latsko−Hubert** : | |
| *Debtor(s)* : | |
| : | Related to Claim No. |
| Jeremy Richard Hubert Sr. Mandi Marie Hubert : | |
| fka Mandi Marie Latsko, fka Mandi Marie : | |
| Latsko−Hubert : | |
| *Movant,* : | |
| : | |
| v. : | |
| Federal Home Loan Mortgage Corporation, : | |
| as Trustee for the benefit of the Freddie Mac : | |
| Seasoned Loans : | |
| Structured Transaction Trust, Series 2019−3 : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* | |

**ORDER**

      **AND NOW**, this **The 10th of March, 2021,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019−3* at Claim No. 5 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that, unless W.PA.LBR 3002−4(d) is applied in this case, *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)    an *AMENDED CHAPTER 13 PLAN;*

(2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeremy Richard Hubert, Sr.  
Mandi Marie Hubert  
    Debtors

Case No. 18-10323-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: aala      Page 1 of 2  
Date Rcvd: Mar 10, 2021      Form ID: 237      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy Richard Hubert, Sr., Mandi Marie Hubert, 21830 Vista Dr., Saegertown, PA 16433-6252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com |
| John Wesley Rowden | on behalf of Defendant Mandi Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Debtor Jeremy Richard Hubert Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Creditor Cincinnati Insurance Company jwrowden@yahoo.com |

| District/off: 0315-1 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2021 | Form ID: 237 | Total Noticed: 1 |

                    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
                    on behalf of Joint Debtor Mandi Marie Hubert jwrowden@yahoo.com
                    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Jonathan Casey Beech
                      on behalf of Plaintiff Cincinnati Insurance Company jbeech@pwlawinc.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

Zachary G Evans
                      on behalf of Creditor Cincinnati Insurance Company zevans@pwlawinc.com

Zachary G Evans
                      on behalf of Plaintiff Cincinnati Insurance Company zevans@pwlawinc.com

TOTAL: 11