**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/06/2022

IN RE:

| | |
|---|---|
| JEREMY RICHARD HUBERT, SR.<br>MANDI MARIE HUBERT<br>21830 VISTA DR.<br>SAEGERTOWN, PA  16433<br>XXX-XX-9064            Debtor(s)<br><br>XXX-XX-0187 | Case No.18-10323 TPA<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/6/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | INT % | Claim / Comment | Cred Desc / Account |
|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1<br>Court Claim Number: | 0.00% | CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5075 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 2<br>Court Claim Number: 5 | 0.00% | CLAIM: 0.00<br>COMMENT: CL5GOV W/PMT CHANGES*BGN 5/18*FR WF-DOC 67*FR SLS-DOC 70 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 6267 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 3<br>Court Claim Number: 12 | 0.00% | CLAIM: 7,642.14<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2189 |
| **CAPITAL ONE****<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 4<br>Court Claim Number: | 0.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1491 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 5<br>Court Claim Number: 10 | 0.00% | CLAIM: 2,147.97<br>COMMENT: NO ACCT~WORLDS FOREMOST*CAPITAL ONE*NO PMT EVER*CHG OFF 12/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8411 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 6<br>Court Claim Number: | 0.00% | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0047 |
| **CINCINNATI INSURANCE COMPANY**<br>C/O POERIO & WALTER INC<br>411 7TH AVE STE 1400<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 7<br>Court Claim Number: 9-2 | 0.00% | CLAIM: 42,070.90<br>COMMENT: NO ACCT NUM/SCH*BAL UNS/OE-AMD CL*W/38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1228 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 8<br>Court Claim Number: 11 | 0.00% | CLAIM: 4,292.87<br>COMMENT: NO ACCT/SCH*CITIBANK/SEARS*MJ JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0464 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9<br>Court Claim Number: 17 | 0.00% | CLAIM: 162.08<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6321 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 10<br>Court Claim Number: | 0.00% | CLAIM: 0.00<br>COMMENT: VS~NT ADRS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CRAWFORD COUNTY CARE CENTER**<br>20881 HIGHWAY 198<br><br>SAEGERTOWN, PA 16433 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ACCT NUM/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ACCT NUM/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 9,725.06<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4232 |
| **GORDON JEWELERS**<br>P.O. BOX 152082<br><br>IRVING, TX 75015 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ACCT NUM~COMENITY CAP~NT ADRS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 466.97<br>COMMENT: NO ACCT/SCH*KOHL'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1089 |
| **LAW OFFICE OF JOE CARDIS LLC**<br>2006 SWEDE RD STE 100<br><br>NORRISTOWN, PA 19401 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MED CARE EQUIP/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9202 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITIBANK*SEARS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6872 |
| **NORTHWEST PHYSICIANS ASSOC**<br>1012 WATER ST STE 8<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO ACCT NUM/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ORTHO ASSOCIATES OF MEADVILLE**<br>11277 VERNON PL STE 200<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4975 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 968.11<br>COMMENT: BEST BUY/CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8309 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | CRED DESC / ACCOUNT NO. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO ACCT NUM*JUDMNT/SCH*DUPL @ CID 37 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF TEMI**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  731.50<br>COMMENT:  5129/SCH*SEC CRDE/TEMPOE*WRITTEN LEASE/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  DVMC |
| **SYNCHRONY BANK**<br>ATTN BANKRUPTCY DEPT<br>PO BOX 530912<br>ATLANTA, GA  30353-0912 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AM EAGLE~NO ACCT NUM~NT ADRS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ANDREW CALLAHAN ESQ**<br>ONE INTERNATIONAL PLAZA 5TH FL<br>PHILADELPHIA, PA  19113 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>POB 10584<br>GREENVILLE, SC  29603-0584 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADRS/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ZACHARY G EVANS ESQ**<br>POERIO & WALTER INC<br>411 7TH AVE STE 1400<br>PITTSBURGH, PA  15219-1919 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  1288 |
| **CAVALRY SPV I LLC***<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  809.47<br>COMMENT:  NT/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6853 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  601.98<br>COMMENT:  ACCT NT/SCH*COMENITY/VICTORIA'S SECRET | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3921 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WELLS FARGO BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,583.97<br>COMMENT:  CL5GOV*$/CL-PL*THRU 4/18*FR WF-DOC 67*FR SLS-DOC 70 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  6267 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,159.55<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9064 |
| **ZACHARY G EVANS ESQ**<br>POERIO & WALTER INC<br>411 7TH AVE STE 1400<br>PITTSBURGH, PA 15219-1919 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CINCINNATI INS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,683.00<br>COMMENT: NT/SCH*REIMBURSEMENT TECH/PA LIBERTY*CHG OFF 12/11/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9050 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 956.36<br>COMMENT: NT/SCH*MHC/CREDIT ONE*STALE*LTR DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4866 |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 754.00<br>COMMENT: NT/SCH*REIMBURSEMENT TECH/PA LIBERTY*CHG OFF 2/17/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2960 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 593.38<br>COMMENT: NT/SCH*MHC/FNBM/CREDIT ONE*NO PMT EVER*CHG OFF 1/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9255 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*6268.81/CL*ACCT NT/SCH-PL*CITIBANK/SEARS*JUDGMENT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0990 |
| **CINCINNATI INSURANCE COMPANY**<br>C/O POERIO & WALTER INC<br>411 7TH AVE STE 1400<br>PITTSBURGH, PA 15219 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 6,000.00<br>COMMENT: SEC AMT/OE-CONF, STIP*SEC NT PROV/PL*AMD*W/7 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1288 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FEDERAL HOME LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMONWEALTH OF PA-DEPT OF LABOR & IN**<br>ATTN: RYAN STARNOWSKY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET ROOM 925<br>HARRISBURG, PA 17121 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |