FILED
1/7/22 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1810323

DEBTOR(S):

JEREMY RICHARD HUBERT

MANDI MARIE HUBERT

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $956.36

CREDITOR'S SIGNATURE:

/s/ Susan Gaines

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

1/7/2022

SO ORDERED
January 07, 2022

**jlm**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-10323-TPA
Jeremy Richard Hubert, Sr.                                                Chapter 13
Mandi Marie Hubert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: aala                              Page 1 of 2
Date Rcvd: Jan 07, 2022                 Form ID: pdf900                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeremy Richard Hubert, Sr., 21830 Vista Dr., Saegertown, PA 16433-6252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2022 23:28:46 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK  N.A. pawb@fedphe.com |
| John Wesley Rowden | |

on behalf of Joint Debtor Mandi Marie Hubert jwrowden@yahoo.com
elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
　　　　　　　　on behalf of Defendant Mandi Hubert jwrowden@yahoo.com  elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
　　　　　　　　on behalf of Debtor Jeremy Richard Hubert  Sr. jwrowden@yahoo.com,
elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
　　　　　　　　on behalf of Creditor Cincinnati Insurance Company jwrowden@yahoo.com
elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Jonathan Casey Beech
　　　　　　　　on behalf of Plaintiff Cincinnati Insurance Company jbeech@pwlawinc.com

Maria Miksich
　　　　　　　　on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　　　　　cmecf@chapter13trusteewdpa.com

Zachary G Evans
　　　　　　　　on behalf of Creditor Cincinnati Insurance Company zevans@pwlawinc.com

Zachary G Evans
　　　　　　　　on behalf of Plaintiff Cincinnati Insurance Company zevans@pwlawinc.com

TOTAL: 12