Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeremy Richard Hubert Sr.** | : | Case No. 18−10323−TPA |
| **Mandi Marie Hubert** | : | Chapter: 13 |
| **fka Mandi Marie Latsko, fka Mandi Marie Latsko−Hubert** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 86 |
| *Movant(s),* | : | |
| | : | Hearing Date: 9/14/22 at 12:00 PM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 28th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 86 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before August 12, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***September 14, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                                Thomas P. Agresti, Judge
                                                United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10323-TPA |
| Jeremy Richard Hubert, Sr. | Chapter 13 |
| Mandi Marie Hubert | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 28, 2022 | Form ID: 300a | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy Richard Hubert, Sr., Mandi Marie Hubert, 21830 Vista Dr., Saegertown, PA 16433-6252 |
| cr | + | Cincinnati Insurance Company, PO Box 145496, Cincinnati, OH 45250-5496 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14806802 | + | Andrew E. Callahan, Esq, Midland Funding LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14806807 | + | Cincinnati Insurance Co, Bankruptcy Notice, PO Box 145496, Cincinnati, OH 45250-5496 |
| 14806811 | + | Crawford County Care Center, 20881 Pa Hwy 198, Saegertown, PA 16433-6199 |
| 14806814 | + | Gordon Jewelers Bank, Commenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 14806816 | + | Law Offices of Joel Cardis, LLC, 2006 Swede Rd, Suite 100, Norristown, PA 19401-1787 |
| 14806819 | + | Northwest Physicians Associates, 1012 Water St, Meadville, PA 16335-3468 |
| 14806822 | | Security Check, P.O. Box 22808, Jackson, MS 39225-2808 |
| 14806824 | | Wells Fargo Home Mortgage, Bankrutpcy Dept., PO Box 10335, Des Moines, IA 50306-0335 |
| 14806825 | + | Zachary G. Evans, Esq, Poerio & Walter, Inc., 1119 Penn Avenue, Suite 303, Pittsburgh, PA 15222-4220 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2022 00:08:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 29 2022 00:08:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 29 2022 12:04:39 | WELLS FARGO BANK, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14854090 | | Email/Text: bnc@atlasacq.com | Jun 29 2022 00:08:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14863771 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:07:51 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 300a | Total Noticed: 46 |

| Recip ID | | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14806803 | + | Email/Text: creditcardbkcorrespondence@bofa.com<br>Jun 29 2022 00:08:00 | | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14863547 | + | Email/Text: mortgagebkcorrespondence@bofa.com<br>Jun 29 2022 00:09:00 | | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14806805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Jun 29 2022 00:08:15 | | Capital One, Worlds Foremost Bank, Attn Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 14806804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Jun 29 2022 00:08:00 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14851256 | | Email/PDF: bncnotices@becket-lee.com<br>Jun 29 2022 00:07:50 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14807939 | + | Email/Text: bankruptcy@cavps.com<br>Jun 29 2022 00:09:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14806808 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jun 29 2022 00:18:33 | | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jun 29 2022 00:18:43 | | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jun 29 2022 00:09:00 | | Comenity Bank/VS, PO Box 182273, Columbus, OH 43218-2273 |
| 14806812 | + | Email/PDF: creditonebknotifications@resurgent.com<br>Jun 29 2022 00:08:16 | | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14809856 | | Email/Text: mrdiscen@discover.com<br>Jun 29 2022 00:08:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14806813 | + | Email/Text: mrdiscen@discover.com<br>Jun 29 2022 00:08:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15183862 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Jun 29 2022 00:09:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14806806 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Jun 29 2022 00:07:58 | | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14806815 | | Email/Text: PBNCNotifications@peritusservices.com<br>Jun 29 2022 00:08:00 | | Kohls, Bankruptcy Dept, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14806817 | + | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 29 2022 00:08:19 | | LVNV Funding, LLC, POBox 10497, Greenville, SC 29603-0497 |
| 14863864 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 29 2022 00:08:19 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863816 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Jun 29 2022 00:07:51 | | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859460 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Jun 29 2022 00:09:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14806818 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Jun 29 2022 00:09:00 | | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14806820 | | Email/Text: toleski@oamortho.com<br>Jun 29 2022 00:09:00 | | Ortho Assoc of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 14806821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 29 2022 00:08:17 | | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14864329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jun 29 2022 00:07:49 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14806920 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:07:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14992266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 29 2022 00:08:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14806823 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:48 | Syncrony Bank / Am Eagle, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 14855196 | ^ | MEBN | Jun 29 2022 00:03:54 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14850686 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 29 2022 12:04:39 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14806824 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 29 2022 12:04:39 | Wells Fargo Home Mortgage, Bankrutpcy Dept., PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809700 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14809112 | ##+ | Security Credit Service, Suite 108, 2653 W. Oxford Loop, Oxford, MS 38655-2929 |
| 14850686 | ##+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 2 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com |
| John Wesley Rowden | on behalf of Defendant Mandi Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 28, 2022 | Form ID: 300a | Total Noticed: 46 |

John Wesley Rowden
    on behalf of Debtor Jeremy Richard Hubert Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
    on behalf of Creditor Cincinnati Insurance Company jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
    on behalf of Joint Debtor Mandi Marie Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Jonathan Casey Beech
    on behalf of Plaintiff Cincinnati Insurance Company jbeech@pwlawinc.com

Maria Miksich
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Zachary G Evans
    on behalf of Plaintiff Cincinnati Insurance Company zevans@pwlawinc.com

Zachary G Evans
    on behalf of Creditor Cincinnati Insurance Company zevans@pwlawinc.com

TOTAL: 12