IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10323-TPA |
|    Jeremy Richard Hubert, Sr and | : | |
|    Mandi Marie Hubert | : | |
|       Debtor(s) | : | |
| | : | Chapter 13 |
|    Jeremy Richard Hubert, Sr and | : | |
|    Mandi Marie Hubert | : | |
|       Debtors(s), Movant | : | |
| | : | |
|       v. | : | |
|    Rhonda J. Winnecour, Esq, Trustee | : | |
|       Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 11, 2018, at docket numbers 25 and 26, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:   July 7, 2022              By:      /s/J. Wesley Rowden, Esq.
                                             J. Wesley Rowden
                                             _J. Wesley Rowden, Esq_
                                             Name of Filer - Typed
                                             _310 Chestnut Street, Meadville, PA 16335_
                                             Address of Filer
                                             _jwrowden@yahoo.com_
                                             Email Address of Filer
                                             _814-333-9000_
                                             Phone Number of Filer
                                             _49660_
                                             Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**