| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jeremy Richard Hubert Sr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9064<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mandi Marie Hubert<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0187<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–10323–TPA | | |

## Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeremy Richard Hubert Sr.                    Mandi Marie Hubert
                                             fka Mandi Marie Latsko, fka Mandi Marie
                                             Latsko–Hubert

<u>8/18/22</u>                                **By the court:** <u>Thomas P. Agresti</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-10323-TPA
Jeremy Richard Hubert, Sr.     Chapter 13
Mandi Marie Hubert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Aug 18, 2022     Form ID: 3180W     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy Richard Hubert, Sr., Mandi Marie Hubert, 21830 Vista Dr., Saegertown, PA 16433-6252 |
| cr | + | Cincinnati Insurance Company, PO Box 145496, Cincinnati, OH 45250-5496 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14806802 | + | Andrew E. Callahan, Esq, Midland Funding LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14806807 | + | Cincinnati Insurance Co, Bankruptcy Notice, PO Box 145496, Cincinnati, OH 45250-5496 |
| 14806811 | + | Crawford County Care Center, 20881 Pa Hwy 198, Saegertown, PA 16433-6199 |
| 14806814 | + | Gordon Jewelers Bank, Commenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 14806816 | + | Law Offices of Joel Cardis, LLC, 2006 Swede Rd, Suite 100, Norristown, PA 19401-1787 |
| 14806819 | + | Northwest Physicians Associates, 1012 Water St, Meadville, PA 16335-3468 |
| 14806822 | | Security Check, P.O. Box 22808, Jackson, MS 39225-2808 |
| 14806825 | + | Zachary G. Evans, Esq, Poerio & Walter, Inc., 1119 Penn Avenue, Suite 303, Pittsburgh, PA 15222-4220 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 19 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 19 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2022 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:56:05 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 18 2022 23:52:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + EDI: WFHOME | Aug 19 2022 03:58:00 | WELLS FARGO BANK, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14854090 | EDI: ATLASACQU | Aug 19 2022 03:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14863771 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:55:55 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14806803 | + EDI: BANKAMER.COM | Aug 19 2022 03:58:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14863547 | + EDI: BANKAMER2.COM | Aug 19 2022 03:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14806805 | + EDI: CAPITALONE.COM | Aug 19 2022 03:58:00 | Capital One, Worlds Foremost Bank, Attn Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 14806804 | + EDI: CAPITALONE.COM | Aug 19 2022 03:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14851256 | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 23:55:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14807939 | + Email/Text: bankruptcy@cavps.com | Aug 18 2022 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14806808 | + EDI: CITICORP.COM | Aug 19 2022 03:58:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806809 | + EDI: CITICORP.COM | Aug 19 2022 03:58:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806810 | + EDI: WFNNB.COM | Aug 19 2022 03:58:00 | Comenity Bank/VS, PO Box 182273, Columbus, OH 43218-2273 |
| 14806812 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2022 23:56:05 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14809856 | EDI: DISCOVER.COM | Aug 19 2022 03:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14806813 | + EDI: DISCOVER.COM | Aug 19 2022 03:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15183862 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 18 2022 23:52:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14806806 | EDI: JPMORGANCHASE | Aug 19 2022 03:58:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14806815 | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2022 23:52:00 | Kohls, Bankruptcy Dept, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14806817 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 00:06:21 | LVNV Funding, LLC, POBox 10497, Greenville, SC 29603-0497 |
| 14863864 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 00:06:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863816 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:56:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

80129-2386

Case 18-10323-TPA    Doc 93    Filed 08/20/22    Entered 08/21/22 00:22:20    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14859460 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14806818 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14806820 | | Email/Text: toleski@oamortho.com | Aug 18 2022 23:52:00 | Ortho Assoc of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 14806821 | | EDI: PRA.COM | Aug 19 2022 03:58:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14864329 | | EDI: PRA.COM | Aug 19 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14806920 | + | EDI: RECOVERYCORP.COM | Aug 19 2022 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14992266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14806823 | + | EDI: RMSC.COM | Aug 19 2022 03:58:00 | Syncrony Bank / Am Eagle, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 14855196 | ^ | MEBN | Aug 18 2022 23:49:35 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14850686 | + | EDI: WFHOME | Aug 19 2022 03:58:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14806824 | | EDI: WFHOME | Aug 19 2022 03:58:00 | Wells Fargo Home Mortgage, Bankrutpcy Dept., PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809700 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14809112 | ##+ | Security Credit Service, Suite 108, 2653 W. Oxford Loop, Oxford, MS 38655-2929 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2022                    Signature:    /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com |
| John Wesley Rowden | on behalf of Defendant Mandi Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Debtor Jeremy Richard Hubert Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Creditor Cincinnati Insurance Company jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Joint Debtor Mandi Marie Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| Jonathan Casey Beech | on behalf of Plaintiff Cincinnati Insurance Company jbeech@pwlawinc.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Zachary G Evans | on behalf of Plaintiff Cincinnati Insurance Company zevans@pwlawinc.com |
| Zachary G Evans | on behalf of Creditor Cincinnati Insurance Company zevans@pwlawinc.com |

TOTAL: 12