IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/18/22 8:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEREMY RICHARD HUBERT, SR.
MANDI MARIE HUBERT
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-10323 TPA

Chapter 13

Document No.: 86

ORDER OF COURT

AND NOW, this \_\_\_\_18th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeremy Richard Hubert, Sr.  
Mandi Marie Hubert  
    Debtors

Case No. 18-10323-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Aug 18, 2022      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy Richard Hubert, Sr., Mandi Marie Hubert, 21830 Vista Dr., Saegertown, PA 16433-6252 |
| cr | + | Cincinnati Insurance Company, PO Box 145496, Cincinnati, OH 45250-5496 |
| cr | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14806802 | + | Andrew E. Callahan, Esq, Midland Funding LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14806807 | + | Cincinnati Insurance Co, Bankruptcy Notice, PO Box 145496, Cincinnati, OH 45250-5496 |
| 14806811 | + | Crawford County Care Center, 20881 Pa Hwy 198, Saegertown, PA 16433-6199 |
| 14806814 | + | Gordon Jewelers Bank, Commenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 14806816 | + | Law Offices of Joel Cardis, LLC, 2006 Swede Rd, Suite 100, Norristown, PA 19401-1787 |
| 14806819 | + | Northwest Physicians Associates, 1012 Water St, Meadville, PA 16335-3468 |
| 14806822 | | Security Check, P.O. Box 22808, Jackson, MS 39225-2808 |
| 14806825 | + | Zachary G. Evans, Esq, Poerio & Walter, Inc., 1119 Penn Avenue, Suite 303, Pittsburgh, PA 15222-4220 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:55:55 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 18 2022 23:52:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2022 00:06:17 | WELLS FARGO BANK, N.A., P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14854090 | | Email/Text: bnc@atlasacq.com | Aug 18 2022 23:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14863771 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:55:55 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14806803 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 18 2022 23:52:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |

Case 18-10323-TPA   Doc 94   Filed 08/20/22   Entered 08/21/22 00:22:20   Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14863547 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 18 2022 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14806805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2022 23:56:04 | Capital One, Worlds Foremost Bank, Attn Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 14806804 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2022 23:56:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14851256 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 23:56:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14807939 | + | Email/Text: bankruptcy@cavps.com | Aug 18 2022 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14806808 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 00:06:21 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 00:06:17 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14806810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2022 23:52:00 | Comenity Bank/VS, PO Box 182273, Columbus, OH 43218-2273 |
| 14806812 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2022 23:56:01 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14809856 | | Email/Text: mrdiscen@discover.com | Aug 18 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14806813 | + | Email/Text: mrdiscen@discover.com | Aug 18 2022 23:52:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15183862 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 18 2022 23:52:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14806806 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2022 23:55:54 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14806815 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 18 2022 23:52:00 | Kohls, Bankruptcy Dept, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14806817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 00:06:17 | LVNV Funding, LLC, POBox 10497, Greenville, SC 29603-0497 |
| 14863864 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 23:56:05 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14863816 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2022 00:06:21 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14859460 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14806818 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 23:52:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14806820 | | Email/Text: toleski@oamortho.com | Aug 18 2022 23:52:00 | Ortho Assoc of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 14806821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2022 23:56:01 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14864329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2022 23:56:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14806920 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2022 23:55:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14992266 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 18 2022 23:52:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14806823 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 23:56:00 | Syncrony Bank / Am Eagle, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 14855196 | ^ | MEBN | Aug 18 2022 23:49:21 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14850686 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2022 00:06:25 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14806824 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2022 00:06:17 | Wells Fargo Home Mortgage, Bankrutpcy Dept., PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14809700 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14809112 | ##+ | Security Credit Service, Suite 108, 2653 W. Oxford Loop, Oxford, MS 38655-2929 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Jerome B. Blank
on behalf of Creditor WELLS FARGO BANK N.A. pawb@fedphe.com

John Wesley Rowden
on behalf of Defendant Mandi Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
on behalf of Debtor Jeremy Richard Hubert Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

John Wesley Rowden
    on behalf of Creditor Cincinnati Insurance Company jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
    on behalf of Joint Debtor Mandi Marie Hubert jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Jonathan Casey Beech
    on behalf of Plaintiff Cincinnati Insurance Company jbeech@pwlawinc.com

Maria Miksich
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Zachary G Evans
    on behalf of Plaintiff Cincinnati Insurance Company zevans@pwlawinc.com

Zachary G Evans
    on behalf of Creditor Cincinnati Insurance Company zevans@pwlawinc.com

TOTAL: 12