Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Jeremy R. Hubert

Debtor 2    Mandi  Marie Hubert fka Mandi Marie Latsko fka Mandi Marie Latsko-Hubert

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-10323 TPA

Official Form 410S1

# *Notice of Mortgage Payment Change*                              **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3**

**Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6267

**Date of payment change:**
Must be at least 21 days after date of this notice                                04/01/2021

**New total payment:**                        $659.39
Principal, interest, and escrow, if any

| **Part 1:** | *Escrow Account Payment Adjustment* |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   Current escrow payment:  $258.75 _____         New escrow payment:    $ 261.44 _____

| **Part** | *Mortgage Payment Adjustment* |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%              New interest rate:  _____%

   Current principal and interest payment: $_____    New principal and interest payment:  $_____

| **Part** | *Other Payment Change* |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

(*Court approval may be required before the payment change can take effect.*)

Reason for change:_____ _

**Current mortgage payment:** $_____        **New mortgage payment:**  $ _____

Debtor(s)     <u>Jeremy R. Hubert, Mandi  Marie Hubert</u>              Case number (*if known*) _ 18-10323 TPA
        First Name      Middle Name      Last Name

| **Part 4:** | **Sign Here** |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Brian C. Nicholas, Esquire                                        Date 03/08/2021

    Signature

Title   <u>Attorney for Creditor_____</u>

Company      <u>KML Law Group, P.C.</u>

Address      <u>701</u>         <u>Market Street, Suite 5000</u>
      Number      Street
     Philadelphia,                PA    19106
     City                               State     ZIP Code

Contact phone   (215) 627–1322                Email <u>bkgroup@kmllawgroup.com</u>